```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 18-04621-JJT
Rocco Occhiato, Jr.                                                     Chapter 13
Carly Sue Occhiato
         Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0314-5          User: REshelman              Page 1 of 1          Date Rcvd: Dec 06, 2018
                              Form ID: ntcnfhrg            Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2018.
db/jdb         +Rocco Occhiato, Jr.,    Carly Sue Occhiato,    145 North Lake Shore Drive,
                 Dingmans Ferry, PA 18328-3103
5126010       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  BANK OF AMERICA,    PO BOX 982234,   EL PASO, TX 79998-2234)
5126011         BARCLAYS BANK DE,    PO BOX 8803,   WILMINGTON, DE 19899-8803
5126012        +CAPITAL ONE BANK,    C/O FIRSTSOURCE ADVANTAGE,    205 BRYANT WOODS SOUTH,
                 AMHERST, NY 14228-3609
5126013        +CAPITAL ONE BANK (USA), NA,    C/O HAYT HAYT & LANDAU LLC,    MERIDAN CTR I  2 INDUSTRIAL WAY W,
                 EATONTOWN, NJ 07724-2265
5126014         CITIBANK CLIENT SERVICES,    PO BOX 6500,   SIOUX FALLS, SD 57117-6500
5126016        +ERC,   PO BOX 57610,    JACKSONVILLE, FL 32241-7610
5126017        +HAYT HAYT & LANDAU LLC,    MERIDIAN CENTER 1,    2 INDUSTRIAL WAY WEST,
                 EATONTOWN, NJ 07724-2279

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5130783         E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 06 2018 19:47:49
                 American Honda Finance Corporation,    National Bankruptcy Center,   P.O. Box 168088,
                 Irving, TX 75016-8088
5126015        +E-mail/Text: bankruptcydpt@mcmcg.com Dec 06 2018 19:47:38       CITIBANK NA,
                 C/O MIDLAND FUNDING,    8875 AERO DR SUITE 200,    SAN DIEGO, CA 92123-2255
5137324         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 06 2018 19:43:33
                 Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
5137323         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 06 2018 19:44:25      Capital One, N.A.,
                 PO Box 71083,   Charlotte, NC  28272-1083
5126019        +E-mail/Text: bankruptcyteam@quickenloans.com Dec 06 2018 19:48:00       QUICKEN LOANS INC,
                 ATTN CLIENT RELATIONS,    1050 WOODWARD AVE,    DETROIT, MI 48226-1906
5131133        +E-mail/Text: bankruptcyteam@quickenloans.com Dec 06 2018 19:48:00       Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
                                                                                               TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5126018*      ++AMERICAN HONDA FINANCE,    P O BOX 168088,   IRVING TX 75016-8088
               (address filed with court:  HONDA FINANCIAL SERVICES,    PO BOX 65507,
                 WILMINGTON, DE 19808-0507)
                                                                                        TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2018                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          Vincent Rubino    on behalf of Debtor 1 Rocco  Occhiato, Jr.
           lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
           williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
          Vincent Rubino    on behalf of Debtor 2 Carly Sue Occhiato
           lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
           williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Rocco Occhiato Jr.,
aka Rocco Occhiato,

**Debtor 1**

Carly Sue Occhiato,
aka Carly Occhiato,

**Debtor 2**

Chapter 13

Case No. 5:18−bk−04621−JJT

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **January 1, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: January 8, 2019<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: REshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 6, 2018 |

ntcnfhrg (03/18)