IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ROCCO OCCHIATO, JR., and | : | |
| a/k/a CARLY SUE OCCHIATO, | : | CASE NO. 5:18-04621 |
| a/k/a CARLY OCCHIATO, | : | |
| | : | |
| Debtors | : | |

## PRAECIPE TO WITHDRAW FIRST AMENDED PLAN

TO THE CLERK:

Kindly withdraw the First Amended Plan, Docket #25, filed on February 26, 2019.

**DATED**: April 15, 2019

        /s/ Vincent Rubino
Vincent Rubino, Esq.
Attorney ID #49628
Attorney for Debtor